Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-cv-00299-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER [ECF 10]** |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1. On May 11, 2018, Defendants filed a Motion for Protective Order ("Motion") as ECF No. 10.

2. On May 15, 2018, the Court issued its Minute Order as ECF No. 13, setting the hearing on the Motion for Thursday, June 7, 2018 at 10:30 a.m.

3. The current due date for Plaintiff's Opposition to the Motion is May 25, 2018.

///

4. Due to the schedule of Plaintiff's counsel, counsel for Defendants have agreed to allow Plaintiff through Tuesday, May 29, 2018 to file their Response to the Motion.

5. The Parties agree that the hearing set for June 7, 2018, at 10:30 a.m. will not be impacted by this extension.

IT HEREBY STIPULATED AND AGREED that Plaintiff's Response shall be filed on or before **May 29, 2018** and that the hearing date of **June 7, 2018**, remain unchanged.

This is the parties first request to extend this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this 25th day of May, 2018.

| PEEL BRIMLEY LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| */s/ Cary B. Domina* | */s/ Adam D. Bult* |
| Steven D. Meacham, Esq. (SBN 9863)<br>Cary Domina, Esq. (SBN 10567)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>smeacham@peelbrimley.com<br>cdomina@peelbrimley.com<br>*Attorneys for Plaintiff*<br>*AMES CONSTRUCTION, INC.* | Kirk B. Lenhard, Esq. (SBN1437)<br>Adam D. Bult, Esq. (SBN 9332)<br>Travis F. Chance, Esq. (SBN 13800)<br>Daven P. Cameron, Esq. (SBN 14179)<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>klenhard@bhfs.com<br>abult@bhfs.com<br>tchance@bhfs.com<br>dcameron@bhfs.com<br>*Attorneys for Defendant/Counterclaimant Clark County and Defendant Clark County Department of Public Works* |

## ORDER

IT IS SO ORDERED this this 29th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE