UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMES CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY, et al., <br><br> Defendants. | Case No. 2:18-cv-00299-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Emergency Motion for Protective Order (ECF No. 21), filed on June 25, 2018. Defendants filed their Response (ECF No. 23) and Counter-Motion to Compel Initial Disclosures and for Fees and Costs (ECF No. 24) on July 2, 2018. Plaintiff filed its Reply (ECF No. 26) to its Emergency Motion for Protective Order and its Response to Defendant's Counter-Motion (ECF No. 27) on July 16, 2018. Defendants filed their Reply (ECF No. 28) on July 23, 2018. A hearing in this matter was conducted on July 26, 2018.

Based on the findings set forth on the record, the Court denies Plaintiff's Emergency Motion for Protective Order and Defendants' Counter-Motion to Compel Initial Disclosures as moot. Further, the Court denies Defendants' request for attorney's fees and costs. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Protective Order (ECF No. 21) is **denied** as moot.

**IT IS FURTHER ORDERED** that Defendants' Counter-Motion to Compel Initial Disclosures is **denied** as moot.

**IT IS FURTHER ORDERED** that Defendants' request for attorneys' fees and costs is **denied**.

Dated this 26th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE