UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMES CONSTRUCTION, INC.,<br><br>  Plaintiff,<br>v.<br>CLARK COUNTY, et al.,<br><br>  Defendants. | Case No. 2:18-cv-00299-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order (ECF No. 11) entered by the Court on May 14, 2018. The Court will extend the discovery deadlines by 30 days. Accordingly,

IT IS HEREBY ORDERED that the following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **December 6, 2018**
2. Last date to amend pleadings and add parties: **September 7, 2018**
3. Last date to file interim status report: **October 8, 2018**
4. Last date to disclose experts: **October 8, 2018**
5. Last date to disclose rebuttal experts: **November 7, 2018**
6. Last date to file dispositive motions: **January 7, 2019**
7. Last date to file joint pretrial order: **February 6, 2019**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

Dated this 26th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1