Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-cv-00299-JCM-EJY<br><br>**STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE TO MOTION FOR PROTECTIVE ORDER [ECF 48]** |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1. On November 12, 2019, Defendants filed a Motion for Protective Order ("Motion") as ECF No. 48.

2. As of the date of the filing of this Stipulation and Order, no Minute Order has been entered by the Court and no hearing date or briefing deadlines have been issued.

3. The Parties have agreed that Plaintiff shall have up to and including Friday, November 26, 2019 to file its Response to the Motion.

///

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

4. The Parties agree that Defendants shall have up to and including December 10, 2019 to file a Reply in Support of its Motion.

**IT IS HEREBY STIPULATED AND AGREED** that (i) Plaintiff's Response to the Motion shall be filed on or before **November 26, 2019;** and (ii) Defendants' Reply in Support of its Motion shall be filed on or before **December 10, 2019**.

**IT IS SO STIPULATED AND AGREED**.

Dated this __18__ day of November, 2019.

| PEEL BRIMLEY LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| */s/ Cary Domina* | */s/ Travis Chance* |
| Steven D. Meacham, Esq. (SBN 9863)<br>Cary Domina, Esq. (SBN 10567)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>smeacham@peelbrimley.com<br>cdomina@peelbrimley.com<br>*Attorneys for Plaintiff*<br>*AMES CONSTRUCTION, INC.* | Kirk B. Lenhard, Esq. (SBN1437)<br>Adam D. Bult, Esq. (SBN 9332)<br>Travis F. Chance, Esq. (SBN 13800)<br>Daven P. Cameron, Esq. (SBN 14179)<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>klenhard@bhfs.com<br>abult@bhfs.com<br>tchance@bhfs.com<br>dcameron@bhfs.com<br>*Attorneys for Defendant/Counterclaimant Clark County and Defendant Clark County Department of Public Works* |

## **ORDER**

IT IS SO ORDERED this 19 day of November, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**