Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  2:18-cv-00299-JCM-EJY<br><br><br>**STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT [ECF 52]** |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1.      On November 25, 2019, Defendants filed a Motion for Summary Judgment ("Motion") as ECF No. 52.

2.      Currently Plaintiff's Response to the Motion is due Monday, December 16, 2019, with Defendants' Reply in Support of the Motion due December 30, 2019.

3.      Because the above briefing deadlines fall around upcoming Holidays, the Parties have agreed to extend the briefing schedule for the Motion.

4.      Specifically, the Parties have agreed that Plaintiff shall have up to and including

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

1  Monday, January 13, 2020 to file a Response to the Motion, and Defendants shall have up to and

2  including Monday, February 3, 2020 to file a Reply in Support of its Motion.

3      **IT IS HEREBY STIPULATED AND AGREED** that (i) Plaintiff's Response to the

4  Motion shall be filed on or before **January 13, 2020;** and (ii) Defendants' Reply in Support of

5  its Motion shall be filed on or before **February 3, 2020**.

6      **IT IS SO STIPULATED AND AGREED**.

7      Dated this 6th day of December, 2019.

8  **PEEL BRIMLEY LLP**                    **BROWNSTEIN HYATT FARBER**

9                                          **SCHRECK, LLP**

10   */s/ Cary Domina*                        */s/ Travis Chance*

11  _____          _____
    Steven D. Meacham, Esq. (SBN 9863)   Kirk B. Lenhard, Esq. (SBN1437)

12  Cary Domina, Esq. (SBN 10567)        Adam D. Bult, Esq. (SBN 9332)
    3333 E. Serene Avenue, Suite 200     Travis F. Chance, Esq. (SBN 13800)

13  Henderson, Nevada 89074-6571         Daven P. Cameron, Esq. (SBN 14179)
    Telephone: (702) 990-7272            100 N. City Parkway, Suite 1600

14  smeacham@peelbrimley.com             Las Vegas, NV 89106-4614
    cdomina@peelbrimley.com              Telephone: (702) 382-2101

15  *Attorneys for Plaintiff*            klenhard@bhfs.com
    *AMES CONSTRUCTION, INC.*            abult@bhfs.com

16                                       tchance@bhfs.com
                                         dcameron@bhfs.com

17                                       *Attorneys for Defendant/Counterclaimant*
                                         *Clark County and Defendant Clark County*

18                                       *Department of Public Works*

19                    **ORDER**

20      IT IS SO ORDERED December 10, 2019.

21

22                    _____

23                    **U.S. DISTRICT COURT JUDGE**

24

25

26

27

28