STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY DOMINA, ESQ.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  2:18-cv-00299-JCM-EJY<br><br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT [ECF 52]**<br><br>**(Second Request)** |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1.      On November 25, 2019, Defendants filed a Motion for Summary Judgment ("Motion") as ECF No. 52.

2.      By way of a previous Stipulation and Order, Plaintiff's Response to the Motion is due Monday, January 13, 2020, with Defendants' Reply in Support of the Motion due February 3, 2020.

3.      The Parties have again agreed to extend the briefing schedule for the Motion by an additional week.

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

4.      Specifically, the Parties have agreed that Plaintiff shall have up to and including Monday, January 20, 2020 to file a Response to the Motion, and Defendants shall have up to and including Monday, February 10, 2020 to file a Reply in Support of its Motion.

**IT IS HEREBY STIPULATED AND AGREED** that (i) Plaintiff's Response to the Motion shall be filed on or before **January 20, 2020;** and (ii) Defendants' Reply in Support of its Motion shall be filed on or before **February 10, 2020**.

**IT IS SO STIPULATED AND AGREED**.

Dated this 8th day of January, 2020.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| */s/ Cary Domina* | */s/ Travis Chance* |
| _____ | _____ |
| Steven D. Meacham, Esq. (SBN 9863) | Kirk B. Lenhard, Esq. (SBN1437) |
| Cary Domina, Esq. (SBN 10567) | Adam D. Bult, Esq. (SBN 9332) |
| 3333 E. Serene Avenue, Suite 200 | Travis F. Chance, Esq. (SBN 13800) |
| Henderson, Nevada 89074-6571 | 100 N. City Parkway, Suite 1600 |
| Telephone: (702) 990-7272 | Las Vegas, NV 89106-4614 |
| smeacham@peelbrimley.com | Telephone: (702) 382-2101 |
| cdomina@peelbrimley.com | klenhard@bhfs.com |
| *Attorneys for Plaintiff* | abult@bhfs.com |
| *AMES CONSTRUCTION, INC.* | tchance@bhfs.com |
| | dcameron@bhfs.com |
| | *Attorneys for Defendant/Counterclaimant* |
| | *Clark County and Defendant Clark County* |
| | *Department of Public Works* |

## ORDER

IT IS SO ORDERED January 9, 2020.

_____
**U.S. DISTRICT COURT JUDGE**