STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY DOMINA, ESQ.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.:  2:18-cv-00299-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT [ECF 52]**<br><br>**(Third Request)** |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1.      On November 25, 2019, Defendants filed a Motion for Summary Judgment ("Motion") as ECF No. 52.

2.      By way of a previous Stipulation and Order, Plaintiff's Response to the Motion was due Monday, January 20, 2020, with Defendants' Reply in Support of the Motion due February 10, 2020.

3.      As an accommodation to Ames, the Parties have agreed one final time to extend the briefing schedule for the Motion.

*Sidebar (rotated):* PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

4. Specifically, the Parties have agreed that Plaintiff shall have up to and including Friday, January 24, 2020 to file a Response to the Motion, and Defendants shall have up to and including Monday, February 24, 2020 to file a Reply in Support of its Motion.

**IT IS HEREBY STIPULATED AND AGREED** that (i) Plaintiff's Response to the Motion shall be filed on or before **January 24, 2020;** and (ii) Defendants' Reply in Support of its Motion shall be filed on or before **February 24, 2020**.

**IT IS SO STIPULATED AND AGREED**.

Dated this 21st day of January, 2020.

**PEEL BRIMLEY LLP**

*/s/ Cary Domina*
_____
Steven D. Meacham, Esq. (SBN 9863)
Cary Domina, Esq. (SBN 10567)
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Travis Chance*
_____
Kirk B. Lenhard, Esq. (SBN1437)
Adam D. Bult, Esq. (SBN 9332)
Travis F. Chance, Esq. (SBN 13800)
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
klenhard@bhfs.com
abult@bhfs.com
tchance@bhfs.com
dcameron@bhfs.com
*Attorneys for Defendant/Counterclaimant*
*Clark County and Defendant Clark County*
*Department of Public Works*

## ORDER

IT IS SO ORDERED January 21, 2020.

_____
**U.S. DISTRICT COURT JUDGE**

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273