Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation, | CASE NO.:  2:18-cv-00299-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRE-TRIAL ORDER** |
| v. | [*First Request*] |
| CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants. | |
| CLARK COUNTY, a division of the State of Nevada, | |
| Counter-Claimant, | |
| vs. | |
| AMES CONSTRUCTRUCTION, INC., a Minnesota corporation, | |
| Counter-Defendant. | |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1.    The due date for the Pre-Trial Order is currently due July 27, 2020 (30-days from the date of ruling on dispositive motions).

2.    The Parties have agreed to extend the deadline to file the Pre-Trial Order to **Monday, August 10, 2020**.

IT HEREBY STIPULATED AND AGREED that the Pre-Trial Order shall be filed on or before **Monday, August 10, 2020.**

This is the Parties first request to extend this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this 21st day of July, 2020.

**PEEL BRIMLEY LLP**

*/s/ Cary B. Domina*

_____
Steven D. Meacham, Esq. (SBN 9863)
Cary Domina, Esq. (SBN 10567)
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Kirk B. Lenhard*

_____
Kirk B. Lenhard, Esq. (SBN1437)
Adam D. Bult, Esq. (SBN 9332)
Travis F. Chance, Esq. (SBN 13800)
Daven P. Cameron, Esq. (SBN 14179)
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
klenhard@bhfs.com
abult@bhfs.com
tchance@bhfs.com
dcameron@bhfs.com
*Attorneys for Defendant/Counterclaimant*
*Clark County and Defendant Clark County*
*Department of Public Works*

**ORDER**

IT IS SO ORDERED this this 22nd day of July, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273