Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X, <br><br> Defendants. | CASE NO.: 2:18-cv-00299-JCM-EJY <br><br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRE-TRIAL ORDER** <br><br> [*Second Request*] |
| CLARK COUNTY, a division of the State of Nevada, <br><br> Counter-Claimant, <br><br> vs. <br><br> AMES CONSTRUCTRUCTION, INC., a Minnesota corporation, <br><br> Counter-Defendant. | |

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1. By agreement and through a prior Stipulation and Order [071], the filing deadline for the Joint Pre-Trial Order was continued to Monday, August 10, 2020.

2. Due to continued scheduling conflicts, the Parties have again agreed to extend the deadline to file the Joint Pre-Trial Order to **Monday, August 31, 2020**.

IT HEREBY STIPULATED AND AGREED that the Joint Pre-Trial Order shall be filed on or before **Monday, August 31, 2020.**

This is the Parties second request to extend this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this ___ day of August, 2020.

| PEEL BRIMLEY LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| */s/ Cary B. Domina* | */s/ Kirk B. Lenhard* |
| Steven D. Meacham, Esq. (SBN 9863)<br>Cary Domina, Esq. (SBN 10567)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>smeacham@peelbrimley.com<br>cdomina@peelbrimley.com<br>*Attorneys for Plaintiff*<br>*AMES CONSTRUCTION, INC.* | Kirk B. Lenhard, Esq. (SBN1437)<br>Adam D. Bult, Esq. (SBN 9332)<br>Travis F. Chance, Esq. (SBN 13800)<br>Daven P. Cameron, Esq. (SBN 14179)<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>klenhard@bhfs.com<br>abult@bhfs.com<br>tchance@bhfs.com<br>dcameron@bhfs.com<br>*Attorneys for Defendant/Counterclaimant Clark County and Defendant Clark County Department of Public Works* |

## ORDER

IT IS SO ORDERED this this 7th day of August, 2020.

_____
U.S. MAGISTRATE JUDGE