Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile  : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-cv-00299-JCM-EJY<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRE-TRIAL ORDER**<br><br>[*Third Request*] |
| CLARK COUNTY, a division of the State of Nevada,<br><br>Counter-Claimant,<br><br>vs.<br><br>AMES CONSTRUCTRUCTION, INC., a Minnesota corporation,<br><br>Counter-Defendant. | |

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE PRE-TRIAL ORDER
[*Third Request*]**

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1. By agreement and through a prior Stipulation and Order [073], the filing deadline for the Joint Pre-Trial Order was continued to Monday, August 31, 2020.

2. Over the last several weeks, the Parties have spent a considerable amount of time and effort collaborating in order to finalize the Joint Pre-Trial Order.

3. Most recently, the Parties met and conferred on Friday, August 28, 2020 (the "Meet and Confer") and made significant progress reaching an agreement on the language of the Joint Pre-Trial Order, but the Parties must still memorialize their proposed edits and allow their respective clients to review the Joint Pre-Trial Order before submitting it to the Court.

4. With the filing deadline set for August 31, 2020, the Parties believe another short extension would be appropriate to ensure (ii) each Party has the necessary time to implement and memorialized the revisions discussed during the Meet and Confer; and (ii) each Party's respective clients have an opportunity to review said proposed revisions.

5. As such, the Parties have again agreed to extend the deadline to file the Joint Pre-Trial Order to **Friday, September 4, 2020**.

/ / /

/ / /

/ / /

IT HEREBY STIPULATED AND AGREED that the Joint Pre-Trial Order shall be filed on or before **Friday, September 4, 2020.**

This is the Parties third request to extend this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this 28th day of August, 2020.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| */s/ Cary B. Domina* | */s/ Kirk B. Lenhard* |
| Steven D. Meacham, Esq. (SBN 9863)<br>Cary Domina, Esq. (SBN 10567)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>smeacham@peelbrimley.com<br>cdomina@peelbrimley.com<br>*Attorneys for Plaintiff*<br>*AMES CONSTRUCTION, INC.* | Kirk B. Lenhard, Esq. (SBN1437)<br>Adam D. Bult, Esq. (SBN 9332)<br>Travis F. Chance, Esq. (SBN 13800)<br>Daven P. Cameron, Esq. (SBN 14179)<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>klenhard@bhfs.com<br>abult@bhfs.com<br>tchance@bhfs.com<br>dcameron@bhfs.com<br>*Attorneys for Defendant/Counterclaimant Clark County and Defendant Clark County Department of Public Works* |

**ORDER**

IT IS SO ORDERED this this 31st day of August, 2020.

_____
**U.S. MAGISTRATE JUDGE**