Steven D. Meacham, Esq.
Nevada Bar No. 9863
Cary Domina, Esq.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone : (702) 990-7272
Facsimile : (702) 990-7273
smeacham@peelbrimley.com
cdomina@peelbrimley.com

*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMES CONSTRUCTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-cv-00299-JCM-EJY<br><br>**STIPULATION AND ORDER TO STRIKE AMES CONSTRUCTION, INC.'S ERRONEOUSLY FILED JURY DEMAND** |
| CLARK COUNTY, a division of the State of Nevada,<br><br>Counter-Claimant,<br><br>vs.<br><br>AMES CONSTRUCTRUCTION, INC., a Minnesota corporation,<br><br>Counter-Defendant. | |

/ / /

/ / /

/ / /

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

Case 2:18-cv-00299-JCM-EJY Document 78 Filed 09/16/20 Page 2 of 3

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

**STIPULATION AND ORDER TO STRIKE AMES CONSTRUCTION, INC.S' ERRONEOUSLY FILED JURY DEMAND**

AMES CONSTRUCTION ("Plaintiff") and CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS (collectively "Defendants") by and through their respective counsel stipulate and agree as follows:

1. On February 16, 2018, Plaintiff filed its Complaint [003] without a Jury Demand, but mistakenly checked the Jury Demand box on the Civil Cover Sheet.

2. Throughout the duration of this case, the Parties have believed that the trial in this matter would be a bench trial, and have acted accordingly.

3. The Parties, after discussing the revelation that the Jury Demand box was mistakenly marked on Plaintiff's Civil Cover Sheet, have agreed that trial should proceed as a bench trial.

4. To the extent the Court cannot recognize Plaintiff's error and treat it as such, Plaintiff wishes to withdraw its Jury Demand and the Parties agree to waive any right to a jury in favor of a bench trial.

/ / /

/ / /

/ / /

Case 2:18-cv-00299-JCM-EJY Document 78 Filed 09/10/20 Page 3 of 3

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

IT HEREBY STIPULATED AND AGREED that Plaintiff withdraws its erroneously filed Jury Demand and the Parties waive any rights to a jury in favor of a bench trial in this matter.

IT IS SO STIPULATED AND AGREED.

Dated this 10th day of September, 2020.

**PEEL BRIMLEY LLP**

*/s/ Cary B. Domina*

Steven D. Meacham, Esq. (SBN 9863)
Cary Domina, Esq. (SBN 10567)
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*AMES CONSTRUCTION, INC.*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Laura B. Langberg*

Kirk B. Lenhard, Esq. (SBN1437)
Adam D. Bult, Esq. (SBN 9332)
Laura B. Langberg, Esq. (SBN 10516)
Travis F. Chance, Esq. (SBN 13800)
Daven P. Cameron, Esq. (SBN 14179)
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
klenhard@bhfs.com
abult@bhfs.com
tchance@bhfs.com
dcameron@bhfs.com
*Attorneys for Defendant/Counterclaimant Clark County and Defendant Clark County Department of Public Works*

**ORDER**

IT IS SO ORDERED September 14, 2020.

James C. Mahan
**U.S. DISTRICT COURT JUDGE**