UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMES CONSTRUCTION, INC.,<br><br>         Plaintiff(s),<br><br>  v.<br><br>CLARK COUNTY, et al.,<br><br>         Defendant(s). | Case No. 2:18-CV-299 JCM (EJY)<br><br>ORDER |

  Presently before the court is the matter of *Ames Construction, Inc. v. Clark County, et al.*, case number 2:18-cv-00299-JCM-EJY.

  Trial in this case is set for April 19, 2021. (ECF No. 80). The parties have informed the court of an impending settlement agreement and stipulated dismissal. For this reason, calendar call is RESCHEDULED to August 18, 2021 at 1:30 pm and trial is RESCHEDULED to August 23, 2021 at 9:00 am.

  IT IS SO ORDERED.

  DATED April 9, 2021.

                  _____
                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**